EDC 2-835sA (v.6.08) (Continued)

FILED
November 12, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002219365

| In re | | Bankruptcy Case No. |
|---|---|---|
| Senior Care Advocates, Inc. | Debtor(s). | 09-37259 - C - 7 |
| The People of the State of California | Plaintiff(s), | |
| v. James A. Walker et al. *(Complete list of defendants attached)* | Defendant(s). | Adversary Proceeding No. 09-02725 - C |

## CERTIFICATION OF SERVICE OF REISSUED SUMMONS AND NOTICE OF STATUS CONFERENCE AND COMPLAINT

I, the undersigned, certify that I am, and at all times hereinafter mentioned was, not less than 18 years of age and not a party to the above-captioned matter. I further certify that service of the attached Summons and Notice of Status Conference in an Adversary Proceeding and a copy of the complaint was made on 11/12/09, by:

✓ MAIL SERVICE: Regular, first class United States mail, postage fully pre-paid, addressed to:
Senior Care Advocates, Inc.   624 Lilja Ct
c/o James A. Walker           Roseville CA 95678

___ PERSONAL SERVICE: By leaving the process with defendant or with an officer or agent of defendant at:

___ RESIDENCE SERVICE: By leaving the process with the following adult at:

___ PUBLICATION: The defendant was served as follows [describe briefly]:

___ STATE LAW: The defendant was served pursuant to the laws of _____, as follows [describe briefly]:

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: Nov. 12, 2009

Signature: Jan Francis

Print Name: Jan Francis
Business Address: 1425 River Park Dr Ste 300
City, State, Zip: Sacramento CA 95815